**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00890-DME

UNITED STATES OF AMERICA,

        Petitioner,

v.

KEVIN SCHLEWEIS,

        Respondent.

---

**ORDER DENYING DEFENDANT'S KEVIN M. SCHLEWEIS' REQUEST FOR STAY OF PROCEEDINGS PENDING APPEAL (Doc. No. 10)**

---

      The Court, having reviewed the pleadings in this matter, concludes that Defendant Schleweis' request has no merit.  IT IS DENIED.

      Dated this __22nd__ day of ____July____, 2011.

                          BY THE COURT:

                          *s/ David M. Ebel*

                          U. S. CIRCUIT COURT JUDGE
                          DISTRICT OF COLORADO