# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00890-DME-MEH

UNITED STATES OF AMERICA,

    Petitioner,

vs.

KEVIN M. SCHLEWEIS,

    Respondent.

## ORDER

The Respondent has filed a Notice and Demand for Temporary Assignment of a Judge of the Court of International Trade to Preside [Doc. No. 21], both with Chief Judge Briscoe of the U.S. Court of Appeals for the Tenth Circuit and in my Court of the U.S. District Court for the District of Colorado. It appears that the relief he is seeking is relief in the Tenth Circuit Court of Appeals. Therefore, this filing in the U.S. District Court in the District of Colorado is DISMISSED.

    DATED: September 19, 2011

                                            BY THE COURT:

                                            *s/ David M. Ebel*

                                            _____
                                            United States Circuit Court Judge
                                            District of Colorado