# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00890-DME-MEH

UNITED STATES OF AMERICA,

    Petitioner,

vs.

KEVIN M. SCHLEWEIS,

    Respondent.

## ORDER

The Respondent has filed a Verified Joinder of Parties to Complaint [Doc. No. 22] in this matter with the U.S. District Court for the District of Colorado after bringing an appeal to the U.S. Court of Appeals for the Tenth Circuit of a previous order entered by this Court. Under these circumstances, this Court has no jurisdiction to entertain such a request. Accordingly, Respondent Kevin M. Schleweis' Verified Joinder of Parties to Complaint is DISMISSED for lack of jurisdiction.

    DATED: September 22, 2011

BY THE COURT:

*s/ David M. Ebel*

United States Circuit Court Judge
District of Colorado