## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00890-DME

UNITED STATES OF AMERICA,

    Petitioner,

v.

KEVIN SCHLEWEIS,

    Respondent.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court upon the United States' Status Report and Motion to Dismiss [Doc. No. 32].

IT IS THEREFORE ORDERED THAT that this civil action is dismissed without prejudice.

Dated this   23rd   day of   November  , 2011.

BY THE COURT:

*s/ David M. Ebel*

U. S. CIRCUIT COURT JUDGE
DISTRICT OF COLORADO